# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

HON. JANE M. BECKERING

DOUGLAS BIESKE,
   Plaintiff,

HON. MAG.
PHILLIP J. GREEN

v.

ACCIDENT FUND INSURANCE
COMPANY,
   Defendant.

Case No. 1:22-cv-1088

---

ETHAN LANGE,
   Plaintiff,

Case No. 1:22-cv-1090

v.

ACCIDENT FUND INSURANCE
COMPANY,
   Defendant.

---

JANE MAY,
   Plaintiff,

Case No. 1:22-cv-1091

v.

ACCIDENT FUND INSURANCE
COMPANY,
   Defendant.

---

HEATHER SCHIPANI,
   Plaintiff,

Case No. 1:22-cv-1092

v.

ACCIDENT FUND INSURANCE
COMPANY,
   Defendant.

---

RAVI SHARMA,
   Plaintiff,

Case No. 1:22-cv-1094

v.

ACCIDENT FUND INSURANCE
COMPANY,
   Defendant.

KEVIN NIXON,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1095

---

KRIS SCHUETTE-SCHNEIDER,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1096

---

LAUREN CERVANTES,
      Plaintiff,

v.

TESSELLATE, INC.,
      Defendant.

Case No. 1:22-cv-1098

---

NAOMI KELLEY,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1100

---

YUFENG JING,
      Plaintiff,

v.

IKA SYSTEMS CORPORATION,
      Defendant.

Case No. 1:22-cv-1104

---

JAMES RUBY,
       Plaintiff,
v.
 COMPWEST INSURANCE COMPANY,
       Defendant.

Case No. 1:23-cv-00701

SHAWNA TEVELDE,
       Plaintiff,
v.
 ACCIDENT FUND INSURANCE
COMPANY,
       Defendant.

Case No. 1:22-cv-1105

ANDREW DESPOTOVIC,
       Plaintiff,
v.
 ACCIDENT FUND INSURANCE
COMPANY,
       Defendant.

Case No. 1:22-cv-1109

ASIA MCFADDEN,
       Plaintiff,
v.
 TESSELLATE, INC.,
       Defendant.

Case No. 1:22-cv-1110

IRMA O'BRIEN,
       Plaintiff,
v.
 TESSELLATE, INC.,
       Defendant.

Case No. 1:22-cv-1113

MICHELLE RIESS,
       Plaintiff,
v.
 ACCIDENT FUND INSURANCE
COMPANY,
       Defendant.

Case No. 1:22-cv-1119

JANAE CROCKETT,
      Plaintiff,
v.
COMPWEST INSURANCE COMPANY
      Defendant.

Case No. 1:24-cv-00192

TAMARA SONNENBERG,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:23-cv-00199

KRISTI HALSTED,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-00195

HOLLY HARRIS,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-00196

TANYA NELSON-WROZEK,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:23-cv-00200

DEBRA COOLMAN,
     Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A BCBSM,
     Defendant.

Case No. 1:23-cv-00668

_____

RAY DUNN,
     Plaintiff,
v.
COBX CO.,
     Defendant.

Case No. 1:23-cv-00671

_____

PAIGE EASH,
     Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A BCBSM,
     Defendant.

Case No. 1:23-cv-00669

_____

CHRISTINA ENGMAN,
     Plaintiff,
v.
COBX CO.,
     Defendant.

Case No. 1:23-cv-00509

_____

ANDREW HUBBARD,
     Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN,
     Defendant.

Case No. 1:23-cv-00510

_____

BRIAN TAYLOR,
     Plaintiff,
v.
COBX CO.,
     Defendant.

Case No. 1:23-cv-00511

WILLIAM AGEE,
      Plaintiff,                                    Case No. 1:23-cv-00658
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A
BCBSM,
      Defendant.

---

BRYAN ANDERSON,
      Plaintiff,                                   Case No. 1:23-cv-00659
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A
BCBSM,
      Defendant.

---

LISA BALLERINI,
      Plaintiff,                                   Case No. 1:23-cv-00661
v.
COBX CO.,
      Defendant.

---

KATHRYN BELLMER,
      Plaintiff,                                   Case No. 1:23-cv-00664
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A
BCBSM,
      Defendant.

---

KAITLYN BOVERHOF,
      Plaintiff,                                   Case No. 1:23-cv-00665
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN,
      Defendant.

---

ERIN CHUPA,
      Plaintiff,                                   Case No. 1:23-cv-00670
v.
COBX CO.,
      Defendant.

| | |
|---|---|
| JESS HANNA,<br>        Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF<br>MICHIGAN, D/B/A BCBSM,<br>        Defendant. | Case No. 1:23-cv-00677 |

| | |
|---|---|
| GLORIA PIZZO,<br>        Plaintiff,<br>v.<br>TESSELLATE, LLC,<br>        Defendant. | Case No. 1:23-cv-00698 |

| | |
|---|---|
| KIM HOWLETT,<br>        Plaintiff,<br>v.<br>ACCIDENT FUND INSURANCE<br>COMPANY,<br>        Defendant. | Case No. 1:23-cv-00679 |

| | |
|---|---|
| RODNEISHA-DINEEN JOHNSON,<br>        Plaintiff,<br>v.<br>BLUE CROSS BLUE SHIELD OF<br>MICHIGAN, D/B/A BCBSM,<br>        Defendant. | Case No. 1:23-cv-00680 |

| | |
|---|---|
| LAURA JONES,<br>        Plaintiff,<br>v.<br>COBX CO.,<br>        Defendant. | Case No. 1:23-cv-00682 |

MELANIE KARSTEN,                          Case No. 1:23-cv-00689
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

---

HOWARD KELLICUT,                          Case No. 1:23-cv-00690
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

---

ALICIA KOWALCZYK,                         Case No. 1:23-cv-00691
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

---

KARLA LOCKARD,                            Case No. 1:23-cv-00693
      Plaintiff,
v.
COBX CO.,
      Defendant.

---

MICHELLE LOWDEN,                          Case No. 1:23-cv-00695
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

---

LYNNE SHEPHERD-VANSLEDRIGHT,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

Case No. 1:23-cv-00704

---

ROBIN SHEREN,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:23-cv-00705

---

JENNIFER SMITH,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

Case No. 1:23-cv-00706

---

RYAN VANDERSTELT,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

Case No. 1:23-cv-00708

---

RACHELLE VILLEGAS,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

Case No. 1:23-cv-00709

KELLIE WASIELEWSKI,
      Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

Case No. 1:23-cv-00711

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated pursuant to Fed. R. Civ. P. 41(a), by and between counsel for Plaintiffs DOUGLAS BIESKE, ETHAN LANGE, JANE MAY, HEATHER SCHIPANI, RAVI SHARMA, KEVIN NIXON, KRIS SCHUETTE-SCHNEIDER, LAUREN CERVANTES, NAOMI KELLEY, YUFENG JING, JAMES RUBY, SHAWNA TEVELDE, ANDREW DESPOTOVIC, ASIA MCFADDEN, IRMA O'BRIEN, MICHELLE RIESS, JANAE CROCKETT, TAMARA SONNENBERG, KRISTI HALSTED, HOLLY HARRIS, TANYA NELSON-WROZEK, DEBRA COOLMAN, RAY DUNN, PAIGE EASH, CHRISTINA ENGMAN, ANDREW HUBBARD, BRIAN TAYLOR, WILLIAM AGEE, BRYAN ANDERSON, LISA BALLERINI, KATHRYN BELLMER, KAITLYN BOVERHOF, ERIN CHUPA, JESS HANNA, GLORIA PIZZO, KIM HOWLETT, RODNEISHA-DINEEN JOHNSON, LAURA JONES, MELANIE KARSTEN, HOWARD KELLICUT, ALICIA KOWALCZYK, KARLA LOCKARD, MICHELLE LOWDEN, LYNNE SHEPHERD-VANSLEDRIGHT, JENNIFER SMITH, RYAN VANDERSTELT, RACHELLE VILLEGAS, KELLIE WASIELEWSKI, and Defendants BLUE CROSS BLUE SHIELD OF MICHIGAN D/B/A BCBSM, ACCIDENT FUND INSURANCE COMPANY, TESSELLATE, INC., IKA SYSTEMS CORPORATION, COMPWEST INSURANCE COMPANY, COBX CO., to dismiss these actions with prejudice and that such dismissal will include all of the claims asserted, or which could have been asserted, by Plaintiffs and against Defendants in the above-captioned actions with prejudice and without interest, costs, or attorneys' fees to any party.

10

**IT IS HEREBY ORDERED** that Plaintiffs asserted claims, as well as any claims that Plaintiffs could have asserted, against Defendants in the above-captioned actions are hereby dismissed with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated: _____                              _____

Hon.  Jane M. Beckering

Stipulated to by:

| | |
|---|---|
| */s/ Noah S. Hurwitz* | */s/ Brandon C. Hubbard (w/consent)* |
| Noah S. Hurwitz (P74063) | Scott R. Knapp (P61041) |
| Grant M. Vlahopoulos (P85633) | Brandon C. Hubbard (P71085) |
| Brendan J. Childress (P85638) | Nolan J. Moody (P77959) |
| HURWITZ LAW PLLC | Maureen J. Moody (P85032) |
| *Attorneys for Plaintiffs* | Zachary L. Pelton (P85197) |
| 340 Beakes St., Suite 125 | Grant W. Hohlbein (P86319) |
| Ann Arbor, MI 48104 | *Attorneys for Defendants* |
| (844) 487-9489 | 123 W. Allegan Street, Suite 900 |
| noah@hurwitzlaw.com | Lansing, MI 48933 |
| grant@hurwitzlaw.com | (517) 371-1730 |
| brendan@hurwitzlaw.com | sknapp@dickinsonwright.com |
| | bhubbard@dickinsonwright.com |
| | nmoody@dickinsonwright.com |
| | mmoody@dickinsonwright.com |
| | zpelton@dickinsonwright.com |
| | ghohlbein@dickinsonwright.com |